# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 532 |
| | : | |
| REESTABLISHMENT OF THE | : | MAGISTERIAL RULES DOCKET |
| MAGISTERIAL DISTRICTS WITHIN | : | |
| THE 27th JUDICIAL DISTRICT OF THE | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of April, 2023, upon consideration of the Petition to Reestablish the Magisterial Districts of the 27th Judicial District (Washington County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition is GRANTED, to the extent it provides for the elimination of Magisterial District 27-3-02, and the realignment of Magisterial Districts 27-1-03 and 27-3-03 within Washington County, to be effective on January 3, 2028, or upon the retirement of the current magisterial district judge in Magisterial District 27-3-02, whichever shall occur sooner.

It is further ORDERED and DECREED that the Petition is DENIED to the extent it provides for the elimination of any other Magisterial District.

It is further ORDERED and DECREED that the Petition is GRANTED, to the extent it provides for the realignment of Magisterial Districts 27-1-01, 27-2-01, 27-3-05, and 27-3-10, within Washington County, to be effective January 1, 2024.

It is further ORDERED and DECREED that Magisterial Districts 27-1-02, 27-3-01, 27-3-06, and 27-3-07, within Washington County, shall be reestablished as follows, to be effective immediately:

| | |
|---|---|
| Magisterial District 27-1-01<br>Magisterial District Judge Kelly J. Stewart | East Washington Borough<br>City of Washington |
| Magisterial District 27-1-02<br>Magisterial District Judge Mark A. Wilson | Carroll Township<br>City of Monongahela<br>Donora Borough<br>New Eagle Borough |
| Magisterial District 27-1-03<br>Magisterial District Judge Eric G. Porter | Allenport Borough<br>Bentleyville Borough<br>Charleroi Borough<br>Dunlevy Borough<br>Elco Borough<br>Fallowfield Township<br>Long Branch Borough<br>North Charleroi Borough<br>Roscoe Borough<br>Speers Borough<br>Stockdale Borough<br>Twilight Borough |
| Magisterial District 27-2-01<br>Magisterial District Judge Vincenzo J. Saieva, Jr. | Canonsburg Borough<br>Houston Borough<br>North Strabane Township |
| Magisterial District 27-3-01<br>Magisterial District Judge Phillippe A. Melograne | Finleyville Borough<br>Peters Township<br>Nottingham Township<br>Union Township |

Magisterial District 27-3-03  
Magisterial District Judge Joshua P. Kanalis

Beallsville Borough  
California Borough  
Centerville Borough  
Coal Center Borough  
Cokeburg Borough  
Deemston Borough  
East Bethlehem Township  
Ellsworth Borough  
Marianna Borough  
North Bethlehem Township  
Somerset Township  
West Brownsville Borough  
West Bethlehem Township  
West Pike Run Township

Magisterial District 27-3-05  
Magisterial District Judge Michael L. Manfredi

Chartiers Township  
North Franklin Township  
South Strabane Township

Magisterial District 27-3-06  
Magisterial District Judge Louis J. McQuillan

Cecil Township  
McDonald Borough  
Mount Pleasant Township  
Robinson Township

Magisterial District 27-3-07  
Magisterial District Judge Gary H. Havelka

Burgettstown Borough  
Cross Creek Township  
Hanover Township  
Jefferson Township  
Midway Borough  
Smith Township

Magisterial District 27-3-10  
Magisterial District Judge John P. Bruner

Amwell Township  
Blaine Township  
Buffalo Township  
Canton Township  
Claysville Borough  
Donegal Township  
East Finley Township  
Green Hills Borough  
Hopewell Township  
Independence Township  
Morris Township  
South Franklin Township  
West Finley Township  
West Middletown Borough